## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **CARLOS JOHNSON,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | Civil Action No.:  3:12-cv-00595 |
| | ) | |
| **NCB MANAGEMENT SERVICES, INC,** | ) | **Judge Thomas A. Varlan** |
| **and APRIL KELLER** | ) | **Magistrate Judge H. Bruce Guyton** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO  ALL DEFENDANTS

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and the Defendants, by and through their attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendants in the above-styled action, with Plaintiff and Defendants to bear their own fees, costs, and expenses.

Respectfully submitted this 3rd day of April, 2013.

Attorney for Plaintiff

/s/        Brent S. Snyder
Brent S. Snyder, BPR # 21700
2125 Middlebrook Pike
Knoxville, TN 37921
(865) 546-2141
Brentsnyder77@gmail.com

1

LEWIS, KING, KRIEG & WALDROP, P.C.
By: R. Dale Bay (by permission)
R. Dale Bay, BPR No. 10896
E-mail: dbay@lewisking.com
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219-8615
Attorneys for Defendants,
NCB Management Services, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic case filing system.

/s/      Brent S. Snyder
Brent S. Snyder, Attorney for Plaintiff

2